IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTION, INC.,

    Plaintiff,

  v.

CHARLEMAINE G LOZANO, individually and d/b/a PAMPANGA'S CUISINE, and C.C. LOZANO, LLC, an unknown business entity d/b/a PAMPANGA'S CUISINE,

    Defendants.

                                 /

No. C 12-01247 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **AUGUST 23, 2012, AT 8:00 A.M.** Plaintiff is directed to immediately serve a copy of this order on defendants. A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE